E-FILED
Wednesday, 18 September, 2019 02:12:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DANIEL JOSEPH LAVOIE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-1344 |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter comes before the Court on Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), ("Motion"). (ECF No. 16, 17). The Court, having read the pleadings and motions before it, determines that Plaintiff's Motion is ALLOWED. The Defendant has no objection to the Motion. (ECF No. 19). This Court hereby awards Plaintiff $6,853.13 for attorney's fees and expenses ("Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the Equal Access to Justice Act.

The Award belongs to Plaintiff, but Plaintiff has assigned his right to the Award to his attorney, Howard D. Olinsky. (ECF No. 17-5). The United States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If the United States determines that all or any portion of the Award is not subject to offset for such debts, Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorney, Howard D. Olinsky.

ENTERED this 18th day of September, 2019.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge